**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00164-SAB |
| Plaintiff, | |
| v. | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| JOSE VILLANUEVA, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits her status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle While Driver's License is Suspended or Revoked for a Conviction of Operating a Motor Vehicle Under the Influence Of Alcohol or Drugs With Knowledge of the Suspension or Revocation, in violation of CVC § 14601.2 |
| **Sentence Date:** | August 1, 2019 |
| **Review Hearing Date:** | September 3, 2020 |
| **Probation Expires On:** | August 2, 2021 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

☒ **Monetary Fines & Penalties in Total Amount of:** $1,010.00 which Total Amount is made up of a Fine: $ 1,000.00 ;Processing Fee: $0; Special Assessment: $10.

☐ Community Service hours Imposed of: 0

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid $100.00

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

## *GOVERNMENT POSITION:*

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

DATED:  August 20, 2020       */s/ William Taylor*
    WILLIAM TAYLOR
    Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 9/3/2020 at 10:00 a.m.

    ☒     be continued to 12/10/2020 at 10:00 a.m.; or

    ☐     be vacated.

☐     that Defendant's appearance for the review hearing be waived.

DATED: August 20, 2020       */s/ Matthew Lemke*
    MATTHEW LEMKE
    Assistant Federal Defender
    Attorney for Defendant

**ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐     GRANTED. The Court orders that hearing scheduled for September 3, 2020, be continued to December 10, 2020.

☒     DENIED.

IT IS SO ORDERED.

Dated: **August 21, 2020**

_____
UNITED STATES MAGISTRATE JUDGE