HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE VILLANUEVA,<br><br>Defendant. | Case No. 1:18-mj-00164-SAB<br><br>**CONSENT TO APPEAR BY TELEPHONE** |

I, Jose Villanueva, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my sentencing hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the probation review hearing currently set for September 3, 2020.

Dated: September 2, 2020        */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE VILLANUEVA

Dated:  September 2, 2020        */s/ Jose Villanueva*
                                JOSE VILLANUEVA
                                Defendant

**ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Jose Villanueva is permitted to appear by telephone for his probation review hearing scheduled to take place on September 3, 2020.

IT IS SO ORDERED.

Dated:   **September 3, 2020**

UNITED STATES MAGISTRATE JUDGE

Villanueva, J. [1:18-mj-00164-SAB]
Consent to Appear by Phone