HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSE VILLANUEVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00176-DAD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |
| vs. | |
| JOSE VILLANUEVA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for Plaintiff, and Matthew Lemke, counsel for Defendant Jose Villanueva, that the appeal briefing schedule be extended by two weeks.  Mr. Villanueva filed a Notice of Appeal from Magistrate Judge Stanley Boone's decision in 1:18−mj−00164−SAB.  ECF No. 27.  The Court Clerk's Office set a briefing schedule pursuant to Local Rule 422.  ECF No. 28.  Counsel now requests an extension of that briefing schedule in order to allow additional time to conduct legal research and prepare a written brief:

| Event | Proposed new deadline |
|---|---|
| Appellant's brief | December 4, 2020 |
| Appellee's brief | December 29, 2020 |
| Optional reply brief | January 8, 2021 |

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: November 25, 2020  /s/ William Taylor
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: November 25, 2020  /s/ Matthew Lemke
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JOSE VILLANUEVA

**ORDER**

IT IS SO ORDERED. For the reasons set forth above, the briefing schedule for Defendant Jose Villanueva's appeal is extended as follows: Appellant's brief is due December 4, 2020; Appellee's brief is due December 29, 2020; Appellant's optional reply brief is due January 8, 2021.

IT IS SO ORDERED.

Dated:   **November 25, 2020**

UNITED STATES DISTRICT JUDGE