1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW LEMKE, D.C. Bar #1023347
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, CA  93721
4   Telephone: (559) 487-5561
    Fax: (559) 487-5950
5
    Attorney for Appellant
6   JOSE VILLANUEVA

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 1:20-cr-00176-DAD

12            Appellee,                 STIPULATION TO EXTEND
                                        BRIEFING SCHEDULE; ORDER
13        vs.

14   JOSE VILLANUEVA,

15            Appellant.

16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

18   respective counsel, Special Assistant United States Attorney William Taylor, counsel for

19   Appellee, and Matthew Lemke, counsel for Appellant Jose Villanueva, that Appellant's opening

20   brief may be filed my Monday, December 7, 2020.  Mr. Villanueva filed a Notice of Appeal

21   from Magistrate Judge Stanley Boone's decision in 1:18−mj−00164−SAB.  ECF No. 27.  The

22   Court Clerk's Office set a briefing schedule pursuant to Local Rule 422.  ECF No. 28.  On

23   November 25, the Court granted the parties first request to extend the briefing schedule.  ECF

24   No. 32.  In order to allow sufficient time to complete legal research and a written brief while

25   maintaining an active caseload, counsel now requests the Court permit Appellant to file an

26   opening brief by December 7, 2020.  This will be Appellant's final extension request in this

27   matter.

28   / / /

1

Respectfully submitted,

2

MCGREGOR W. SCOTT
United States Attorney

3

4   Date: December 4, 2020

*/s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney

5

Attorney for Appellee

6

7

HEATHER E. WILLIAMS
Federal Defender

8

9   Date: December 4, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Appellant
JOSE VILLANUEVA

10

11

12

13                    **ORDER**

14      For the reasons set forth above, the briefing schedule for Appellant Jose Villanueva's

15   appeal is extended as follows: Appellant's opening brief is due December 7, 2020.  The

16   remaining pleadings shall be filed as previously ordered.

17

IT IS SO ORDERED.

18

19      Dated:    **December 4, 2020**        _____
                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Villanueva:
Stipulation and Proposed Order